certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. W. C. Davis* for petitioner. *Mr. John M. Robinson* for respondent.

No. 372. ALEXANDER PICKERING & Co., LTD. *v.* CHINESE AMERICAN COLD STORAGE ASSN., INC. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Alfred Sutro* and *Eugene M. Prince* for petitioner. No appearance for respondent.

No. 376. MORGAN *v.* HOAGE, DEPUTY COMMISSIONER, ET AL. October 22, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. H. Mason Welch* for petitioner. *Mr. Edward S. Brashears* for respondents.

No. 377. SAN FRANCISCO SHOPPING NEWS Co. *v.* SOUTH SAN FRANCISCO ET AL. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. M. C. Sloss* for petitioner. *Mr. Charles N. Kirkbride* for respondents.

No. 381. FARLEY ET AL., TRUSTEES, *v.* SEIDL ET AL. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Joseph Very Quarles* for petitioners. *Messrs. Thomas A. Sanderson, Samuel Becker,* and *Charles B. Quarles* for respondents.